UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07CV214

| | |
|---|---|
| ERIC L. WIGGINS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA and KENNETH D. )<br>LEWIS )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** is before this Court upon its own Motion. Plaintiff's Complaint (Document #1) against Bank of America and Kenneth D. Lewis, filed on May 25, 2007 contains no allegations of federal jurisdiction. Further, Plaintiff fails to allege any claim under which relief can be granted. Accordingly, Plaintiff's Complaint is DISMISSED.

IT IS SO ORDERED.

Signed: June 4, 2007

Graham C. Mullen
United States District Judge