# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Eric L. Wiggins,

    Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.                                    3:07-cv-214

Bank of America and
Kenneth D. Lewis,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 4, 2007 Order.

**Signed: June 5, 2007**

Frank G. Johns, Clerk
United States District Court